473 A.2d 699

Garman, Appellant (at 382), v. Garman, Appellant (at 388).

646

Argued January 10, 1984. Allen E. Rose, Jr., for appellant (at No. 382) and for appellee (at No. 388); Albert H. Masland, for appellant (at No. 388) and for appellee (at No. 382).

Before WICKERSHAM, DEL SOLE and MONTEMURO, JJ.

Orders affirmed.